IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:85CR00070 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| HOWARD LEE, | : | |
| Defendant. | : | |
| | | |
| HOWARD LEE, | : | |
| Petitioner, | : | Case No. 3:03CV0428 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Respondents. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JANUARY 17, 2007 (Doc. #25); DENYING AND DISMISSING HOWARD LEE'S PETITION (Doc. #19); DENYING HOWARD LEE'S MOTION FOR SUMMARY JUDGMENT (Doc. #19, Exhibit 1); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #25), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on January 17, 2007 (Doc. #25) is ADOPTED in full;

2. Howard Lee's Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 (Doc. #19) is DENIED and DISMISSED;

3. Howard Lee's Motion for Summary Judgment (Doc. #19, Exhibit 1) is DENIED; and

4. These cases are terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge

2